# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NELSON ALVARADO HERNANDEZ | Criminal No. 2025-CR-__00013_____ |

## INFORMATION

### COUNT ONE
*(Reentry of Removed Alien)*

On or about February 26, 2025, in the District of the Virgin Islands, defendant,

**Nelson Alvarado Hernandez,**

an alien, was found in the United States after having been deported, therefrom on or about September 30, 2023, at or near New York, New York, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

Dated: March 28, 2025

DELIA L. SMITH
United States Attorney

By: _____
Kimberly M. Riley
*FoR:* Assistant United States Attorney
District of the Virgin Islands