### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0013 |
| ) | |
| **NELZON ALVARADO HERNANDEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 23, 2025, ECF No. 20, recommending that the Defendant's plea of guilty to Count One of the Information, Reentry of Removed Alien, in violation of Title 8, United States Code, Section 1326(a), be accepted, and the defendant be adjudged guilty. Also before the Court is Defendant's Motion to Expedite Sentencing – Unopposed. (ECF No. 22.) Defendant's motion also requests that the Court limit the presentence investigation to the applicable statutory and guideline calculations as well as criminal history. The Government does not object. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 20, is **ADOPTED;** it is further

**ORDERED** that Defendant Nelzon Alvarado Hernandez's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Nelzon Alvarado Hernandez is adjudged **GUILTY** on that count; it is further

**ORDERED** Defendant Nelzon Alvarado Hernandez's Motion to Expedite Sentencing – Unopposed, ECF No. 22, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **May 23, 2025;** it is further

*United States v. Nelzon Alvarado Hernandez*
Case No. 3:25-cr-0013
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda, which shall include any objections or corrections to the final presentence report, no later than **May 30, 2025;** it is further

      **ORDERED** that a sentencing hearing shall be held on **June 6, 2025, at 9:30 A.M. in STT Courtroom No. 1**; and it is further

      **ORDERED** that the Jury Selection and Trial in this matter previously scheduled for May 27, 2025, are hereby **CANCELED**.

**Dated: April 30, 2025**     */s/ Robert A. Molloy*
                                                           **ROBERT A. MOLLOY**
                                                           **Chief Judge**